AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hodges, Shiva V. | U.S. District Court | 05/10/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge, Full-time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Matthew J. Perry, Jr. Federal Courthouse
901 Richland Street
Columbia, South Carolina 29201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 05/10/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | McNair Law Firm - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Nova Office Strategies | January 17-18, 2012 | Charlotte, NC | Speaker at CLE | Lodging, meals |
| 2. | South Carolina Defense Trial Attorney Association | November 8-11, 2012 | Kiawah Island, SC | Guest at annual meeting/ CLE | Lodging, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 05/10/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Mortgage on Property #1 (rental property), Pawleys Island, SC | M |
| 2. | NBSC | Line of Credit on Property #1 (rental property), Pawleys Island, SC | M |
| 3. | Pawleys Island Rental Property POA | HOA Assessment on Property #1 (rental property), Pawley's Island, SC | J |
| 4. | South Carolina Student Loan Corporation | Student Loan #1 | K |
| 5. | South Carolina Student Loan Corporation | Student Loan #2 | K |
| 6. | Chase Bank | Mortgage on Property #2 (rental property), Columbia, SC | N |
| 7. | NBSC | Line of Credit on Property #2 (rental property), Columbia, SC | L |
| 8. | Bank of America | Mortgage on Property #3 (rental property), Florence, SC | M |
| 9. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Property #1, Pawleys Island, SC | D | Rent | N | W | | | | | |
| 2. Northwestern Mutual Whole Life Policy #1 | C | Dividend | K | T | | | | | |
| 3. 401K #1 | D | Int./Div. | L | T | | | | | |
| 4. -Invesco Stable Value | | | | | Buy | 07/26/12 | J | | |
| 5. -Vanguard Total Bond Market Index Signal | | | | | | | | | |
| 6. -PIMCO Total Return Instl | | | | | Buy | 03/20/12 | J | | |
| 7. -Coheen & Steers Realty Shares | | | | | | | | | |
| 8. -AllianzGI NFJ Dividend Value Instl | | | | | Buy | 03/20/12 | J | | |
| 9. -AllianzGI NFJ Dividend Value Instl | | | | | Buy (add'l) | 07/25/12 | J | | |
| 10. -AllianzGI NFJ Dividend Value Instl | | | | | Sold (part) | 7/26/12 | J | | |
| 11. -T. Rowe Price Blue Chip Growth | | | | | Buy | 07/25/12 | J | | |
| 12. -AllianceBern Discovery Value I | | | | | Buy | 03/20/12 | J | | |
| 13. -DFA US Targeted Value I | | | | | Buy | 07/25/12 | J | | |
| 14. -Invesco Small Cap Growth R5 | | | | | Buy | 03/20/12 | J | | |
| 15. -American Funds EuroPacific Gr A | | | | | Buy (add'l) | 07/26/12 | J | | |
| 16. -Columbia Acorn International Z | | | | | Buy (add'l) | 07/26/12 | J | | |
| 17. -Invesco Stable Value Fund | | | | | Sold | 03/20/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 05/10/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.　-PIMCO Total Return Admin | | | | | Sold | 03/20/12 | J | | |
| 19.　-American Funds Investment Co. of America A | | | | | Sold | 07/25/12 | J | | |
| 20.　-American Funds Growth Fund of Amer A | | | | | Sold | 07/25/12 | J | | |
| 21.　-AllianzGI NFJ Dividend Value Admin | | | | | Sold | 03/20/12 | J | | |
| 22.　-AllianceBern Discovery Value A | | | | | Sold | 03/20/12 | J | | |
| 23.　-Wells Fargo Advantage Small Cap Val Inv | | | | | Sold | 03/20/12 | J | | |
| 24.　-Wells Fargo Advantage Small Cap Val Instl | | | | | Buy | 03/20/12 | J | | |
| 25.　-Wells Fargo Advantage Small Cap Val Instl | | | | | Sold | 07/25/12 | J | | |
| 26.　-Invesco Small Cap Growth A | | | | | Sold | 03/20/12 | J | | |
| 27.　Hodges Investments, LLC | | None | M | U | | | | | |
| 28.　-Coastal Land Group, LLC | | | | | | | | | |
| 29.　Property #2, Columbia, SC | E | Rent | N | W | | | | | |
| 30.　NBSC Account | A | Interest | J | T | | | | | |
| 31.　Property #3, Florence, SC | D | Rent | M | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 05/10/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, line 22 - Effective November 1, 2012 AllianceBern Small-Mid Cap Value A changed its name to AllianceBern Discovery Value A.

**FINANCIAL DISCLOSURE REPORT**

Page 7 of 7

Name of Person Reporting

Hodges, Shiva V.

Date of Report

05/10/2013

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Shiva V. Hodges**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544